# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:  Inez E. Norris<br>          Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>          Movant<br>     vs.<br><br>Inez E. Norris<br>          Debtor(s)<br><br>Scott Waterman<br>          Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-17695 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **May 20, 2020, docket number 19**.

    Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

September 1, 2020