United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-17695-amc
Inez E Norris                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Sep 16, 2020
                      Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.
db          +Inez E Norris,   5940 W Jefferson Street,   Philadelphia, PA 19151-3916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:
        DAVID M. OFFEN   on behalf of Debtor Inez E Norris dmo160west@gmail.com,
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        REBECCA ANN SOLARZ   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                             TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Inez E Norris
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−17695−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this September 16, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

28
Form 155