IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:    Inez E. Norris | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No. 19-17695-AMC |
| | ) | |
| | ) | |

## CERTIFICATION OF NO OBJECTION

I hereby certify that neither an objection to the proposed compensation nor an application for administrative expense has been filed and respectfully request that the Order attached to the application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor