IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Inez E Norris | : | No. 19-17695-AMC |
| Debtor | : | |

**CERTIFICATION OF NO RESPONSE TO OBJECTION TO PROOF OF CLAIM
NO. 2-1 OF LVNV FUNDING, LLC c/o RESURGENT CAPITAL SERVICES**

I hereby certify that I have received no answer, objection or other responsive pleading to the Objection to Proof of Claim No. 2-1 of LVNV Funding, LLC c/o Resurgent Capital Services and respectfully request that the Order attached to the Motion be approved.

Dated: 03/04/2021

/s/  David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600