IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :    CHAPTER 13
                          :
Inez E Norris             :    No. 19-17695-AMC


ORDER DISALLOWING CLAIM #1-1 OF
LVNV FUNDING, LLC c/o RESURGENT CAPITAL SERVICES


AND NOW, this ____ day of _____, 2021, it is

hereby ORDERED and DECREED that the claim filed by LVNV Funding,

LLC c/o Resurgent Capital Services in the amount of $1,168.00 is

hereby DISALLOWED.

**Date: December 1, 2021**

_____

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE