IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Inez E Norris | : | No. 19-17695-AMC |

ORDER DISALLOWING CLAIM #2-1 OF
<u>LVNV FUNDING, LLC c/o RESURGENT CAPITAL SERVICES</u>

AND NOW, this \_\_\_\_ day of _____, 2021, it is hereby ORDERED and DECREED that the claim filed by LVNV Funding, LLC c/o Resurgent Capital Services in the amount of $1,224.27 is hereby DISALLOWED.

**Date: December 1, 2021**

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE