### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Inez E. Norris <br>       Debtor(s) <br><br> MIDFIRST BANK <br>       Moving Party <br>   vs. <br> Inez E. Norris <br>       Debtor(s) <br><br> Debra Norris <br> Craig Norris <br>       Co-Debtor <br> and Scott F. Waterman <br>       Trustee | Chapter 13 <br><br> NO. 19-17695 AMC |

### ORDER

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 25, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5940 Jefferson Street Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: June 14, 2022**

United States Bankruptcy Judge.

cc: See attached service list

Inez E. Norris
5940 West Jefferson Street
Philadelphia, PA 19151

Craig E. Norris
5940 West Jefferson Street
Philadelphia, PA 19151

Debra Norris
5940 West Jefferson Street
Philadelphia, PA 19151

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532