United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17695-amc |
| Inez E Norris | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2022 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Inez E Norris, 5940 W Jefferson Street, Philadelphia, PA 19151-3916 |
| 14437595 | + | Alytia Norris, 5940 W Jefferson Street, Philadelphia, PA 19151-3916 |
| 14437599 | + | Craig Norris, Jr., 5940 W Jefferson Street, Philadelphia, PA 19151-3916 |
| 14437600 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14437601 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14466146 | + | Midfirst Bank, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14437602 | + | Midfirst Bank (SAME AS MIDLAND), 999 N.W. Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 14437603 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 22 2022 00:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14503255 | | Email/Text: megan.harper@phila.gov | Jul 22 2022 00:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14437596 | | Email/Text: megan.harper@phila.gov | Jul 22 2022 00:06:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14437597 | | Email/Text: megan.harper@phila.gov | Jul 22 2022 00:06:00 | City of Philadelphia, Law Department, Tax Unit, BANKRUPTCY GROUP - MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14437598 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2022 00:06:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14447969 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 00:11:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14469344 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 22 2022 00:11:55 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14437604 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 00:11:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14464977 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2022 00:06:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14437605 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 00:11:51 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14464970 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: pdf900 | Total Noticed: 21 |

| | | Jul 22 2022 00:11:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 14437607 | Email/Text: megan.harper@phila.gov | Jul 22 2022 00:06:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14437606 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Inez E Norris dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Inez E Norris

    Debtor

Chapter 13

Bankruptcy No. 19-17695-AMC

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: July 21, 2022

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE