| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-17695-AMC**

Inez E Norris
5940 W Jefferson Street
Philadelphia  PA    19151

Petition Filed Date: 12/10/2019
341 Hearing Date: 01/17/2020
Confirmation Date: 09/16/2020

Case Status: Dismissed After Confirmation on 7/21/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $210.00 | | 05/17/2021 | $210.00 | | 06/17/2021 | $210.00 | |
| 07/19/2021 | $210.00 | | 08/17/2021 | $210.00 | | 09/17/2021 | $210.00 | |
| 10/19/2021 | $210.00 | | 11/18/2021 | $210.00 | | 12/20/2021 | $210.00 | |
| 01/18/2022 | $210.00 | | 02/17/2022 | $210.00 | | 03/17/2022 | $210.00 | |
| 04/18/2022 | $210.00 | | 05/17/2022 | $210.00 | | 06/17/2022 | $210.00 | |
| 07/18/2022 | $210.00 | | | | | | | |

**Total Receipts for the Period: $3,360.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,510.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Inez E Norris | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  003 | Unsecured Creditors | $784.99 | $0.00 | $784.99 |
| 4 | AMERICAN INFOSOURCE AS AGENT FOR<br>»»  004 | Unsecured Creditors | $463.37 | $0.00 | $463.37 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»»  005 | Unsecured Creditors | $379.28 | $0.00 | $379.28 |
| 6 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  006 | Mortgage Arrears | $20,867.43 | $0.00 | $20,867.43 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»»  007 | Secured Creditors | $835.73 | $39.13 | $796.60 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,244.00 | $4,244.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

**Chapter 13 Case No. 19-17695-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,510.00 | Current Monthly Payment: | $210.00 |
| Paid to Claims: | $4,283.13 | Arrearages: | $0.00 |
| Paid to Trustee: | $556.71 | Total Plan Base: | $10,290.00 |
| Funds on Hand: | $1,670.16 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.